# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Glen Herrold** DOB: 1981; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-03128MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about November 15, 2020, in the District of Arizona, **Glen Herrold**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, namely Emmanuel Limon-Juarez and Martin Serafin-Lopez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about November 15, 2020, in the District of Arizona, **Glen Herrold**, knowing and in reckless disregard of the fact that certain illegal alien, Emmanuel Limon-Juarez and Martin Serafin-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about November 15, 2020, in the District of Arizona (Benson), United States Border Patrol Agents (BPA) responded to a request for back up from Arizona Department of Public Safety (DPS) that had stopped a vehicle on Interstate 10 (I-10). When the BPA arrived on scene, the DPS Trooper informed the BPA that he initiated a vehicle stop on the silver 2004 Chevrolet Malibu, driven by **Glen Herrold**, for not driving in a safe manner, as well as having a brake light out and changing lanes without using proper turn signals. When the BPA approached the Malibu and questioned the front passenger, Martin Serafin-Lopez, if he had identification and Serafin-Lopez began to rech into his front pocket then stopped and mumbled that he did have an ID. The BPA then asked Serafin-Lopez where he was born and he answered that he was born in Mexico. The BPA then asked if he had documents to be in the U.S. legally to which Serafin-Lopez answered "no" and shook his head at the same time. The BPA addressed the rear passengers, including Emmanuel Limon-Juarez and asked if they were in the U.S. illegally and they confirmed they were Mexican nationals and in the U.S. illegally. After everyone was removed from the Malibu, the BPA heard a cell phone ringing and also saw a text message notification that read, in Spanish, "we are here, where are you?" There was also a GPS Map open guiding **Glen Herrold** to an address.

Records checks revealed Emmanuel Limon-Juarez and Martin Serafin-Lopez do not have the immigration documentation to cross or remain in the U.S. legally.

Material witnesses Emmanuel Limon-Juarez and Martin Serafin-Lopez said they had arranged to be smuggled into the United States for money.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Emmanuel Limon-Juarez and Martin Serafin-Lopez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/UGS | SIGNATURE OF COMPLAINANT<br>*/signature/* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Leslie A. Bowman/* | DATE<br>November 16, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54